

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-84,218-01

### EX PARTE TYRONE LEARONE MCCURDY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. WRIT08497 IN THE 196TH DISTRICT COURT
### FROM HUNT COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to fifty years' imprisonment. The Sixth Court of Appeals modified the judgment and affirmed his conviction. *McCurdy v. State*, No. 06-12-00206-CR (Tex. App.—Texarkana Sept. 26, 2013) (not designated for publication).

Applicant contends that the State failed to disclose evidence of a plea agreement it made with Bernard Kelly, Jr., and knowingly elicited testimony from Kelly at trial that no promises had been made in exchange for his testimony. Applicant also contends that trial counsel failed to object to

Detective Mike Johnston's testimony at trial, consult with or call a ballistics expert, and object when a video of the deceased lasting approximately fifteen minutes was played at trial.

On December 16, 2015, and May 17, 2017, we remanded this application for an evidentiary hearing, a response from trial counsel, and findings of fact and conclusions of law. After holding evidentiary hearings and making findings and conclusions, the trial court recommended that we deny relief. Based on the trial court's findings and conclusions and our own independent review of the record, we agree with the trial court's recommendation. Relief is denied.

Filed: November 14, 2018
Do not publish